UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cedric Quentin Greene**     Docket No. 4:12-CR-84-3BO

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cedric Quentin Greene, who, upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C); and Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on May 23, 2013, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Cedric Quentin Greene was released from custody on March 1, 2018, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was submitted to the Court after the defendant tested positive for marijuana. On November 21, 2018, the Court approved the petition requiring the defendant to participate in drug treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 15, 2019, the defendant submitted to a urinalysis screening, which was confirmed positive by Alere Laboratories for marijuana. On January 22, 2019, the defendant was confronted with the results from the urinalysis, at which time he admitted to using marijuana and expressed remorse for his actions. The defendant informed the undersigned that he feels mental health treatment would be beneficial for him. Therefore, it is respectfully recommended that the defendant's term of supervised release be continued to allow the defendant to participate in a course of mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Cedric Quentin Greene
Docket No. 4:12-CR-84-3BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: January 24, 2019

### ORDER OF THE COURT

Considered and ordered this ____25____ day of ___January___, 2019, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
Chief United States District Judge